IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

JOHN EDWIN MORRISON,        *
                            *
    Plaintiff,              *
                            *
    v.                      *      CV 318-078
                            *
UNITED STATES OF AMERICA,   *
                            *
    Defendant.              *

O R D E R

The United States of America has filed a motion for a temporary stay of this case and an extension of all deadlines on the basis that there has been a lapse in appropriations to the Federal Government. Appropriations for funding the Department of Justice ("DOJ") and other Federal Government operations lapsed on December 21, 2018, causing a partial government shutdown. The DOJ is prohibited from engaging in its duties - including litigation activities - without appropriations. See 31 U.S.C. §§ 1341(a)(1)(B), 1342. In light of the uncertain state of government appropriations at this time, **IT IS HEREBY ORDERED** that all deadlines in this case are extended for the same number of days as the Federal Government's lapse in funding. The Court declines to stay the case but the case will not proceed until government operations are fully restored.

**ORDER ENTERED** at Augusta, Georgia this 28th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE