IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

JOHN EDWIN MORRISON,   *
                       *
     Plaintiff,        *
                       *
     v.                *    CV 318-078
                       *
UNITED STATES OF AMERICA, *
                       *
     Defendant.        *

## O R D E R

On April 5, 2019, Plaintiff filed a "Dismissal With Prejudice." (Doc. No. 26.) Defendant answered Plaintiff's complaint, but did not file a counterclaim. On March 27, the parties notified the Court that they had reached a settlement. After due consideration, the Court finds the dismissal proper under Federal Rule of Civil Procedure 41(a)(2). **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted against Defendant in this matter are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE